# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Alex Penland,

             Case No. 1:13cv20

    Plaintiffs

             Judge Weber

   vs.            Magistrate Judge Bowman

Joseph Deters, et al.,

    Defendants.


## ORDER

    Although not requested by the Court, pro se plaintiff filed a Rule 26(f) Report on June 10, 2013. (Doc. 23).   The Court, not wishing to make an *ex parte* ruling on the Calendar in this matter, hereby ORDERS defendant to either indicate that they acquiesce to the dates proposed by pro se plaintiff, or submit other dates in response thereto.


         /s/ *Stephanie K. Bowman*
         United States Magistrate Judge